CHARLES MORAN, Sole Surviving and Substituted Trustee, etc., of CHARLES MORAN, Deceased, Respondent, v. CHARLES MORAN, Individually and as Executor, etc., of D. COMYN MORAN, Deceased, and Others, Respondents, Impleaded with AMERICAN SECURITY AND TRUST COMPANY, as Trustee, etc., and Others, Appellants.— Judgment so far as appealed from affirmed, with costs to all parties appearing by separate attorneys and filing briefs herein, payable out of the trust estate. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

RIVER PLATE COMMERCIAL COMPANY, Appellant, v. HOME INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VIRGINIUS J. MAYO, Appellant, v. JOHN J. HANLEY, Warden of the City Prison of the City of New York, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

GEORGE G. BRANDENBURG and Others, Copartners, etc., Appellants, v. ECLIPSE MACHINE COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to strike out paragraph 10 of the answer granted, with ten dollars costs, on the ground that it has no relevancy or materiality to the controversy. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

HARRY W. CORBIN, Appellant, v. MAE M. CORBIN, Respondent.— Order modified by reducing allowance for support of child to the sum of twenty-one dollars per week, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

UNIVERSAL FILM MANUFACTURING COMPANY, Appellant, v. CHARLES ABRAMS, Impleaded with RAMMS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. The date for the examination to proceed to be fixed in the order. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

In the Matter of JACOB APPELL, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ABRAHAM ZAREMBOWITZ, Appellant, v. CITY REAL ESTATE COMPANY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

JOHANNES LINDVIG, Respondent, v. CHRISTOFFER HANNEVIG, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

MILLER BROS. HAT Co., INC., Respondent, v. A. D. SMITH SONS Co., a Foreign Corporation, Appellant.— Order affirmed, with ten dollars costs